

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00200-CV

Martin **REYNA**,
Appellant

v.

**M&J CARRIERS, LLC** and EBG Logistics, LLC,
Appellees

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2024CVA000210D2
Honorable Monica Z. Notzon, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE BRISSETTE, AND JUSTICE MEZA

In accordance with this court's opinion of this date, the trial court's January 25, 2024 final judgment, as amended by the February 21, 2024 order, is AFFIRMED.

Costs of this appeal are taxed against appellant Martin Reyna.

SIGNED October 29, 2025.

_____
Lori Massey Brissette, Justice